IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANTHONY RAY JENKINS, and
ANTAHJ S. JENKINS,

        Plaintiffs,

v.                                          Case No. 6:16-cv-01374-JTM-KGG

LIBERAL POLICE DEPARTMENT, et al.,

        Defendants.

**MEMORANDUM AND ORDER**

This matter is before the court on the Report and Recommendation of Magistrate Judge Kenneth G. Gale that the complaint be dismissed. Dkt. 6. As Judge Gale noted, the state of the complaint leaves the court unable to "discern what claims Plaintiffs are intending to bring against Defendants or how such claims would be viable in federal Court." Judge Gale concluded that because the complaint does not contain the requisite short and plain statement of the claim required by Fed. R. Civ. P. 8(a), the complaint should be dismissed pursuant to 28 U.S.C. § 1915(e)(2). Dkt. 6 at 7.

Plaintiff Anthony Ray Jenkins has responded to the above recommendation by filing a "Motion to Dismiss," in which he appears to argue for dismissal of pending state criminal charges against Antahj S. Jenkins. Dkt. 9 at 1. Plaintiff's response fails to identify any plausible federal claim. For the reasons stated by Judge Gale, the court concludes that the complaint must be dismissed pursuant to 28 U.S.C. § 1915(e)(2).

2

**IT IS THEREFORE ORDERED** this 27th day of October, 2016, that the complaint is hereby DISMISSED pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief can be granted.

                                              ___s/ J. Thomas Marten_____
                                              J. THOMAS MARTEN, JUDGE